UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 07758
  HOMER T WARREN
  REBECCA R WARREN                          CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-3579    SSN XXX-XX-1971

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/04/05 and confirmed on 05/19/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $ 45000.00 .

     4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 5571.08 | .00 | 5571.08 |
| WELLS FARGO BANK | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO BANK | MORTGAGE ARRE | 4693.16 | .00 | 4693.16 |
| FORD MOTOR CREDIT CO | SECURED | 9808.82 | 519.10 | 9808.82 |
| UNITED GUARANTY RESID IN | UNSECURED | 6094.40 | 409.48 | 6094.40 |
| CHICAGO TRIBUNE | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 2934.35 | 120.10 | 2934.35 |
| ROUNDUP FUNDING LLC | UNSECURED | 7698.83 | 315.05 | 7698.83 |
| IL STATE TOLL HWY AUTHOR | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 639.67 | 26.21 | 639.67 |
| SOO K LEE | UNSECURED | NOT FILED | .00 | .00 |
| ST JOSEPH SCHOOL | UNSECURED | NOT FILED | .00 | .00 |
| SNYDER & ASSOC | UNSECURED | 1175.00 | 48.09 | 1175.00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 467.03 | 19.11 | 467.03 |

                Summary of disbursements:
--------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 20073.06 | .00 | 19009.28 | .00 | 39082.34 |
| PRINCIPAL PAID | 20073.06 | .00 | 19009.28 | .00 | 39082.34 |
| INTEREST PAID | 519.10 | .00 | 938.04 | .00 | 1457.14 |
| TOTAL PAID | 20592.16 | .00 | 19947.32 | .00 | 40539.48 |

The Debtor's attorney, STUART B HANDELMAN            , was allowed $  2200.00
and was paid $  2200.00  direct and $       .00  through the plan.

The Trustee received $   1678.10 .

Refunds to the Debtor totaled $   2782.42 .

     Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability
in this case.


Dated: 12/17/07                     /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE


                         PAGE  2
        CASE NO. 05 B 07758 HOMER T WARREN & REBECCA R WARREN